**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Frazier, | No. CV-21-01120-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| W. Lothrop, | |
| Respondent. | |

Pending before the Court is the Report and Recommendation (R&R) from the Magistrate Judge to whom this case was assigned recommending that this Court grant Respondent's motion to dismiss this case, without prejudice, as moot. (Doc. 14). Neither party filed objections to the R&R and the time to do so has expired.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object."). District courts are

1   not required to conduct "any review at all . . . *of any issue* that is not the subject of an

2   objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C.

3   § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the [report

4   and recommendation] to which objection is made.").[1]

5          There being no objections,

6          **IT IS ORDERED** that the R&R is accepted (Doc. 14).

7          **IT IS FURTHER ORDERED** that the motion to dismiss (Doc. 11) is granted.

8          **IT IS FINALLY ORDERED** that this case is dismissed, without prejudice, as moot

9   and the Clerk of the Court shall enter judgment accordingly.

10         Dated this 20th day of October, 2021.

11

12

13   _____

14                James A. Teilborg
            Senior United States District Judge

15

16

17

18

19

20

21

22

23

24   [1] The Court notes that the Notes of the Advisory Committee on Rules appear to suggest a clear error standard of review under Federal Rule of Civil Procedure 72(b), citing *Campbell*. Fed. R. Civ. P. 72(b), NOTES OF ADVISORY COMMITTEE ON RULES—

25   1983 citing *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974), *cert. denied*, 419 U.S. 879 (The court "need only satisfy itself that there is no clear error on the

26   face of the record in order to accept the recommendation."). The court in *Campbell*, however, appears to delineate a standard of review specific to magistrate judge findings in

27   the motion to suppress context. *See Campbell*, 501 F.2d at 206–207. Because this case is not within this limited context, this Court follows the Ninth Circuit's *en banc* decision in

28   *Reyna-Tapia* on the standard of review.

- 2 -